Kevin R. Lussier (State Bar No. 143821)
BERRY & PERKINS
A Professional Corporation
2049 Century Park East, Suite 950
Los Angeles, California 90067-3134
Telephone: (310) 557-8989
Facsimile: (310) 788-0080
E-mail: klussier@berryperkins.com

Attorney for Plaintiff
CHANEL, INC., a New York Corporation

JS-6

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>CARRIE NOORZAD, et al.<br><br>Defendants. | Case No. EDC07-0252-VAP (JCRx)<br><br>**STIPULATED [PROPOSED] CONSENT FINAL JUDGMENT AND PERMANENT INJUNCTION** |

Plaintiff, Chanel, Inc. ("Chanel") and Defendant, Carrie Noorzad a/k/a Carrie F. a/k/a Carrie Fields d/b/a XtraTrendy.com d/b/a XtraJuicy.com d/b/a Shop4Sunglasses.com d/b/a Accessories Plus d/b/a ForeverCouture.com ("Noorzad") stipulate and consent to the following:

**WHEREAS**, Noorzad adopted and began using a trademark in the United States which allegedly infringed Chanel's registered trademarks: CHANEL and CC MONOGRAM as identified in Chanel's Complaint;

**WHEREAS**, Noorzad's use of names and mark which allegedly incorporate the Chanel Marks is likely to cause confusion as to source or origin; and

**WHEREAS**, based upon Chanel's good faith prior use of the Chanel Marks, Chanel has superior and exclusive rights in and to the Chanel Marks in the United States and any confusingly similar names or marks, and without an admission of

liability by Noorzad.

**IT IS ORDERED, ADJUDGED AND DECREED** as follows:

1. Noorzad, her agents, representatives, servants, employees, and all those acting in concert or participation therewith, including, but not limited to Nima Noorzad, are hereby permanently enjoined, from manufacturing or causing to be manufactured, importing, advertising or promoting, distributing, selling or offering to sell counterfeit goods bearing the Chanel Marks; from infringing, counterfeiting, or diluting the Chanel Marks; from using the Chanel Marks, or any marks similar thereto, in connection with the sale of any unauthorized goods; from using any logo, trade name or trademark which may be calculated to falsely advertise the services or products of Chanel as being sponsored by, authorized by, endorsed by, or in any way associated with Chanel; from falsely representing themselves as being connected with Chanel, through sponsorship or association, or engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of Chanel, are in any way endorsed by, approved by, and/or associated with Chanel from using any reproduction, counterfeit, copy, or colorable imitation of the Chanel Marks in connection with the publicity, promotion, sale, or advertising of any goods sold by Chanel, including, without limitation, the goods identified in the Complaint; from affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent Noorzad's goods as being those of Chanel, or in any way endorsed by the Chanel and from offering such goods in commerce; and from otherwise unfairly competing with Chanel.

2. Any party shall have the right to seek sanctions for contempt, compensatory damages, injunctive relief, attorneys' fees, costs, and such other relief deemed proper in the event of a violation or failure to comply with any of the

provisions hereof. The prevailing party in any such proceeding shall be entitled to recover its attorneys' fees and costs.

3. The causes of action between Chanel and Noorzad are hereby dismissed with prejudice, subject to the terms of the Settlement Agreement between the parties. This Consent Judgment shall be conclusive for purposes of collateral estoppel regarding all issues that have been or could have been brought on the same operative facts.

4. The parties' respective attorney's fees and costs incurred in connection with this action shall be borne as per the agreement of the individual parties in their Settlement Agreement.

5. This Court will retain continuing jurisdiction over this cause to enforce the terms of this Consent Judgment and the Settlement Agreement between the parties.

6. All counterfeit Chanel products currently in the possession, custody and/or control of Noorzad shall be surrendered to Chanel, through its counsel and destroyed under the direction of Chanel.

**IT IS SO ORDERED.**

Dated this 19th day of February, 2008.

_Virginia A. Phillips_
United States District Judge